**Order filed January 29, 2013.**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-12-01096-CV
_____

**DWAIN CAMPBELL, Appellant**

**V.**

**CARRIAGE PLACE APARTMENTS, Appellee**

**On Appeal from the County Civil Court at Law No. 3**
**Harris County, Texas**
**Trial Court Cause No. 1016454**

## O R D E R

The notice of appeal in this case was filed December 7, 2012. The clerk's record was filed December 19, 2012. To date, the filing fee of $175.00 has not been paid. According to the record, appellant's claim of indigence was denied. *See* Tex. R. App. P. 20.1. Therefore, the court issues the following order.

Appellant is ordered to pay the filing fee in the amount of $175.00 to the Clerk of this court on or before **February 11, 2013.** *See* Tex. R. App. P. 5. If

appellant fails to timely pay the filing fee in accordance with this order, the court will consider dismissal of the appeal.

PER CURIAM